IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANE SLUSSER.

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　No CIV 06-1193 JH/ WDS

VANTAGE BUILDERS, INC.,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on June 25, 2008 (Doc. 95), no objections were filed. The Proposed Findings and Recommended Disposition recommend that the Court quash the writ of garnishment as improvidently issued.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)    The Writ of Garnishment (Doc. 88) issued on June 18, 2008 is hereby quashed ;

2)    Once Defendant has obtained a judgment on the Order settling Costs, it can reapply for a Writ of Garnishment based on that Order.

                                                                          UNITED STATES DISTRICT JUDGE